IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:

Sean S. Buboltz and
Heather M. Buboltz,

    Debtors.                                       CASE NO. 10-06382-CPM
                                                          CHAPTER 11
_____/

## MOTION FOR RECONSIDERATION OF ORDER CONFIRMING CHAPTER 11 PLAN

TO THE HONORABLE JUDGE OF SAID COURT:

    **COMES NOW**, WELLS FARGO BANK, NA, its successors and/or assigns, ("Creditor"), a secured creditor and party in interest in the above-styled cause, seeking Reconsideration of the Order Granting Chapter 11 Plan pursuant to Fed. R. Civ. P. 59(e), as incorporated by Fed. R. Bankr. P. 9023, and Fed. R. Civ. P. 59(e) 60 as incorporated by Fed. R. Bankr. P. 9024 and would show the Court as follows:

    1.    WELLS FARGO BANK, NA ("Creditor") holds a secured first mortgage on the real property located at 3913 Sorrel Vine Drive Wesley Chapel, Florida 33543 ("the collateral"), by virtue of a Mortgage which is recorded at Book 7444, Page 542 in the Public Records of Pasco County, Florida.

    2.    On July 14, 2010, Debtors filed a Chapter 11 Plan of Reorganization [DE #33]. On November 5, 2010, Debtors filed the Amended Chapter 11 Plan of Reorganization [DE #102].

    3.    On April 22, 2010, Creditor filed its Proof of Claim (Claim # 3-1), reflecting a secured claim in the amount of $385,763.23 at an interest rate of 5.875% pursuant to the Note. The copy of the Note was attached as an exhibit to Creditor's Proof of Claim.

    4.    On April 5, 2011, the Court entered an Order confirming the Debtors' Chapter 11 plan [DE #121].

    5.    Article C.1. Class II (2) of Debtor's Chapter 11 plan provides for the treatment of

Creditor's secured claim. More specifically, Debtors' Plan proposes to pay Creditor's Claim in the amount of $385,763.23 at four percent (4%) interest amortized over thirty (30) years with principal and interest payments of $1,800.00 per month until paid in full. The subject property is the Debtor's principal residence.

6. Creditor seeks reconsideration of the Order Confirming the Debtor's Chapter 11 Plan because Creditor's security instrument is not subject to any modification as the collateral is the Debtor's principal residence. 11 U.S.C. 1123(b)(5) provides in pertinent part that:

> "(b) Subject to subsection (a) of this section, a plan may—
>
> (5) modify the rights of holders of secured claims, **other than a claim secured only by a security interest in real property that is the debtor's principal residence**, or of holders of unsecured claims, or leave unaffected the rights of holders of any class of claims;…". [emphasis added].

7. The Bankruptcy Code prohibits modification of the note and mortgage terms under 11 U.S.C. §1123(b)(5). Debtors' plan may not modify the rights of a holder of a claim secured only by a security interest in real property that is the Debtors' principal residence. Creditor's claim is secured by the Debtor's principal residence.

8. Secured Creditor was not provided with an opportunity for hearing on this Amended Plan. The Plan contains a provision that violates the anti-modification provision in section 11 U.S.C. 1123(b)(5). Creditor respectfully requests reconsideration based on the standard set for in *Kellogg* which states grounds for granting reconsideration are "newly discovered evidence or manifest errors of law or fact." *In re Kellogg*, 197 F.3d 1116, 1119 (11th Cir. 1999).

9. Although Creditor failed to raise an Objection in a timely manner, Creditor respectfully requests an opportunity to be heard regarding modification of its security instrument which is prohibited by the Bankruptcy Code.

10. The Debtors' Plan improperly suggests that the contractual interest rate of 5.875% will be modified to 4%. Moreover, Debtor's confirmed plan reflects a monthly Principal and Interest payment in the amount of $1,800.00 when in fact the monthly payment would be $1,841.69 even if a modification to 4% was permissible.

**WHEREFORE**, WELLS FARGO BANK, NA respectfully requests that this Court grant its Motion for Reconsideration of Order Confirming Chapter 11 Plan and grant it such additional relief as the Court deems just and proper.

        Florida Default Law Group, P.L.
        Post Office Box 25018
        Tampa, FL 33622-5018
        (813) 251-4766 Ext: 3543
        Fax: 813-251-1541
        Email: bkatt@defaultlawfl.com

        By: /s/ Stefan Beuge
        STEFAN BEUGE
        Florida Bar No. 68234
        ATTORNEY FOR WELLS FARGO BANK, NA

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Motion for Reconsideration of Order Confirming Chapter 11 Plan has been furnished by electronic Mail or U.S. Mail to all parties listed below and on the attached mailing matrix on April 13, 2011.

Sean S. Buboltz and Heather M. Buboltz
3913 Sorrel Vine Drive
Wesley Chapel, FL  33544

Buddy D. Ford, Esq.
115 N. MacDill Ave.
Tampa, FL  33609
Buddy@tampaesq.com

U.S. Trustee
c/o Benjamin E. Lambers, Esq.
501 E. Polk St., Suite 1200
Tampa, FL  33602
Ben.E.Lambers@usdoj.gov

Local Rule 1007-2 Parties in Interest

                                                          Florida Default Law Group, P.L.
                                                        P.O. Box 25018
                                                        Tampa, Florida  33622-5018
                                                        (813)  251-4766 Ext: 3543
                                                        Fax: 813-251-1541
                                                        Email: bkatt@defaultlawfl.com

                                                        By: /s/  Stefan Beuge
                                                        STEFAN BEUGE
                                                        Florida Bar No. 68234
                                                        ATTORNEY FOR WELLS FARGO BANK, NA

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-8<br>Case 8:10-bk-06382-CPM<br>Middle District of Florida<br>Tampa<br>Wed Apr 13 15:05:05 EDT 2011 | America's Servicing Co.<br>PO Box 10388<br>Des Moines, IA 50306-0388 | Americas Servicing Company<br>c/o Scott Weiss<br>1800 NW 49th Street Suite 120<br>Fort Lauderdale, FL 33309-3092 |
| Aurora Loan Services<br>c/o Law Offices of David J. Stern, PA<br>Attn: Frederick J. DiSpigna, Esquire<br>900 South Pine Island Road, Suite 400<br>Plantation, FL 33324-3920 | Aurora Loan Services<br>10350 Park Meadows Drive<br>Lone Tree, CO 80124-6800 | Bank of America<br>PO Box 21848<br>Greensboro, NC 27420-1848 |
| Bank of America, N.A<br>c/o Frederic J Dispigna, Esq<br>900 S Pine Island Road, Suite 400<br>Plantation, FL 33324-3920 | Bank of America, N.A.<br>c/o Smith, Hiatt & Diaz, PA<br>Attn: Roy A. Smith, Esquire<br>PO Box 11438<br>Fort Lauderdale, FL 33339-1438 | Citimortgage, Inc.<br>PO Box 6006<br>The Lakes, NV 88901-6006 |
| Diane Nelson, CFC Tax Collector, Pinellas Co<br>Attn: Robin Ferguson, CFCA<br>Tax Manager<br>PO Box 10834<br>Clearwater, FL 33757-8834 | Florida Foreclosure Attorneys, PLLC<br>601 Cleveland Street, Suite 690<br>Clearwater, FL 33755-4171 | GMAC Mortgage, Inc.<br>c/o Frederic J. DiSpigna, Esquire<br>900 South Pine Island Road, Suite 400<br>Plantation, FL  33324-3920 |
| GMAC Mortgage, LLC<br>c/o Phelan Hallinan, PLC<br>Attn: Jonathan Blackmore, Esquire<br>888 SE 3rd Avenue, Suite 201<br>Ft. Lauderdale, FL 33316-1159 | Hillsborough Cty Tax Col<br>PO Box 172920<br>Tampa, FL 33672-0920 | Suntrust Bank<br>PO Box 791274<br>Baltimore, MD 21279-1274 |
| Waterside at Coquina Key N<br>c/o Leonard J. Mankin<br>2535 Landmark Dr, Ste 102<br>Clearwater, FL 33761-3930 | Wells Fargo<br>PO Box 14411<br>Des Moines, IA 50306-3411 | End of Label Matrix<br>Mailable recipients   16<br>Bypassed recipients    0<br>Total                 16 |